**Terry COLLINS, Appellant,**

v.

**STATE of Florida, Appellee.**

**No. 2D16–1898.**

District Court of Appeal of Florida, Second District.

Oct. 19, 2016.

Terry Collins, pro se.

PER CURIAM.

Affirmed. *See Brooks v. State,* 969 So.2d 238 (Fla.2007); *The Florida Bar Re: Rules of Criminal Procedure (Sentencing Guidelines),* 482 So.2d 311 (Fla.1985); *Lee v. State,* 648 So.2d 829 (Fla. 2d DCA 1995); *Owens v. State,* 626 So.2d 240 (Fla. 2d

DCA 1993); *Allen v. State,* 976 So.2d 1189 (Fla. 5th DCA 2008).

KHOUZAM, SLEET, and LUCAS, JJ., Concur.